UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR06-122RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | TRIAL DATE |
| RAYMOND GEBAUER, | ) | |
| | ) | |
| Defendant. | ) | |

On April 13, 2006, a federal grand jury issued an indictment charging defendant

Raymond Gebauer with four counts of Tax Evasion, in violation of 26 U.S.C. § 7201.

On May 17, 2006, Defendant was arraigned, and trial was scheduled for June 19, 2006.

On May 26, 2006, the defense filed a waiver of Speedy Trial, signed by

Defendant, in which Defendant knowingly voluntarily waived his right to a speedy trial

through June 30, 2007.  See docket number 13.

On June 9, 2006, this Court held a status conference regarding the trial date.  The

government was represented by Karyn S. Johnson and Robert Westinghouse.  Defendant

was present and represented by C. James Frush.  The government requested that the trial

be continued until October or November 2006.  The defense requested that the trial date

be continued until March 2007.  Defense counsel stated that his representation of

defendant had been finalized only as of June 1, 2006.  See docket numbers 11, 14.

Defense counsel also stated that in light of his unavailability due to other matters, the

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  anticipated volume of discovery, and the complexity of the matter, that scheduling the

2  trial prior to the time requested by the defense would deny the defense the reasonable

3  amount of time necessary to prepare.

4      Pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv), the Court hereby finds that the

5  failure to grant the continuance requested by the defense would deny counsel for the

6  defense the reasonable time necessary for effective preparation, taking into account the

7  exercise of due diligence and the complexity of the case.  The Court also finds that the

8  ends of justice served by continuing the trial date outweighs the interest of the public and

9  Defendant in a speedy trial.

10     Therefore, it is hereby ORDERED that the trial date in the above-captioned matter

11  shall be March 5, 2007.

12  ///

13  ///

14  ///

ORDER CONTINUING TRIAL DATE/
GEBAUER/CR06-122 RSL - 2

1      It is further ORDERED that the period of delay from May 26, 2006, to March 5,

2   2007, is excludable, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii), (B)(iii), and (B)(iv),

3   for the purpose of computing the time limitations imposed by the Speedy Trial Act,

4   18 U.S.C. §§ 3161-3174.

5

6      DATED this 14th day of June, 2006.

7

8                                        _Mrt S Lasnik_

9                                        Robert S. Lasnik
                                         United States District Judge

10

11

12  Presented by:

13

14  s/ Karyn S. Johnson_____

15       KARYN S. JOHNSON
    Assistant United States Attorney

16  WSBA# 28857
    United States Attorney's Office

17  700 Stewart Street, Suite 5220

18  Seattle, Washington 98101
    Telephone: (206) 553-2462

19  Facsimile: (206) 553-2422

20  E-Mail: karyn.s.johnson@usdoj.gov

21

22  s/ Robert Westinghouse_____
    ROBERT WESTINGHOUSE

23  Assistant United States Attorney
    WSBA# 6484

24  United States Attorney's Office

25  700 Stewart Street, Suite 5220
    Seattle, Washington 98101

26  Telephone: (206) 553-4750
    Facsimile: (206) 553-2592

27  E-Mail: robert.westinghouse@usdoj.gov

28

ORDER CONTINUING TRIAL DATE/
GEBAUER/CR06-122 RSL - 3