THE HONORABLE MAGISTRATE JUDGE
MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RAYMOND J. GEBAUER,<br><br>　　　　　　　　Defendant. | NO. CR06-00122<br><br>**STIPULATION AND ORDER PERMITTING TRAVEL TO CANADA AND ALASKAN WATERS** |

## STIPULATION

COMES NOW Defendant Raymond J. Gebauer, by and through his attorney, C. James Frush, and hereby moves that the conditions of release imposed by this Honorable Court be modified to allow business and pleasure travel by the Defendant Raymond Gebauer to Canada and Canadian and Alaskan waters from the period of time between August 28 and September 11, 2006. Mr. Gebauer has long scheduled business and personal travel set in Canada and a business cruise in Canadian and Alaskan waters for the time period referenced above. Mr. Gebauer is in compliance with all conditions of release and in good standing with pretrial

STIPULATION AND ORDER PERMITTING TRAVEL - 1

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

services, which has no objection to the temporary modification of the conditions of release permitting Mr. Gebauer to travel. The United States does not oppose Mr. Gebauer's motion.

Dated this _____ day of August, 2006.

CABLE, LANGENBACH, KINERK & BAUER, LLP


By: _____
    C. James Frush, WSBA No. 7092
    Attorneys for Defendant

UNITED STATES ATTORNEY'S OFFICE


By: _____
    Karyn S. Johnson, WSBA No. 28857
    Assistant United States Attorney

## ORDER

The Court being fully informed, and based upon the stipulation of the parties, hereby ORDERS that Raymond J. Gebauer be permitted to travel to Canada and Canadian and Alaskan waters during the time period between August 28 and September 11, 2006. Except as explicitly stated in this Order, all other conditions of release remain the same and the conditions relating to travel will be reinstated as of September 12, 2006.

DONE IN CHAMBERS this 28th day of August, 2006.


S/MARY ALICE THEILER
MAGISTRATE JUDGE MARY ALICE THEILER

PRESENTED BY:

STIPULATION AND ORDER PERMITTING TRAVEL - 2

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

CABLE, LANGENBACH, KINERK & BAUER, LLP

By: _____
    C. James Frush, WSBA No. 7092
    Attorneys for Defendant

UNITED STATES ATTORNEY'S OFFICE

By: _____
    Karyn S. Johnson, WSBA No. 28857
    Assistant United States Attorney

STIPULATION AND ORDER PERMITTING TRAVEL - 3

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Karyn Johnson, AUSA
    Robert Westinghouse, AUSA
    U.S. Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington  98101

    Robert McCallum
    LeSourd & Patten
    600 University Street, Suite 2401
    Seattle, Washington  98101

                                                      Nancy J. Masterson

STIPULATION AND ORDER PERMITTING TRAVEL - 4

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800