UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR06-122RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| | ) | |
| RAYMOND GEBAUER, | ) | |
| Defendant. | ) | |

THIS MATTER COMES before this Court on stipulation of the parties to continue the trial in this case. Trial is currently set for March 5, 2007.

This Court previously found that this case is complex. See docket number 19, at 2.

Defendant has knowingly and voluntarily waived his right to a speedy trial through June 30, 2007. See docket number 13.

Due to defense counsel's unavailability due to other federal criminal cases, the voluminous discovery and complexity of this case, he has not had the reasonable time necessary to effectively prepare for trial.

Pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv), the Court hereby finds that the failure to grant the continuance stipulated to by the parties would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the complexity of the case. The Court also finds that the ends of justice served by continuing the trial date outweighs the interest of the public and Defendant in a speedy trial.

Therefore, it is hereby ORDERED that the trial date in the above-captioned matter shall be May 29, 2007.

Order Continuing Trial Date                - 1 -

It is further ORDERED that the period of delay from March 5, 2007 to May 29, 2007, is excludable, pursuant to 18 U.S.C. §§ 3161(h)(8)(A),(B)(ii), (B)(iii), and (B)(iv), for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174.

It is further ORDERED that all pretrial motions shall be filed by April 13, 2007.

Dated this 26th day of January, 2007.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge


Presented by:

 /s/ Alan S. Richey
Alan Stuart Richey
Counsel for Raymond Gebauer
WSBA #30578
P.O. Box 1505
Port Hadlock, Washington 98339
Telephone: (360) 437-4005
Email: asratty@gmail.com

Order Continuing Trial Date         - 2 -