UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND GEBAUER, <br><br> Defendant. | Case No. CR06-0122RSL <br><br> ORDER DENYING MOTION FOR JUDICIAL FINDINGS |

This matter comes before the Court on defendant Raymond Gebauer's motion for judicial findings regarding his indictments (Dkt. #55). The Court heard oral argument in this matter on April 20, 2007. The Court DENIES the motion because the second superceding indictment is sufficient under Federal Rule of Criminal Procedure 7(c) and applicable law, and plaintiff has not shown that it is defective.

DATED this 20th day of April, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR JUDICIAL FINDINGS